UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RONALD A. FOSSUM, JR. and ALONZO R. CAHOON,<br><br>Defendants. | CASE NO. C17-1894-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendant Alonzo R. Cahoon to file an answer to Plaintiff's Complaint (Dkt. No. 12). Finding good cause, the Court GRANTS the motion. Defendant Alonzo R. Cahoon's answer is now due March 5, 2018.

DATED this 2nd day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
