UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>RONALD A. FOSSUM, JR. and ALONZO R. CAHOON,<br><br>　　　　　　Defendants. | CASE NO. C17-1894-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendant Ronald A. Fossum, Jr. to file an answer to Plaintiff's Complaint (Dkt. No. 14). Finding good cause, the Court GRANTS the motion. Defendant Ronald A. Fossum, Jr.'s answer is now due March 12, 2018.

　　　DATED this 13th day of February 2018.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　Deputy Clerk