UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | CASE NO. C17-1894-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RONALD A. FOSSUM, JR. and ALONZO R. CAHOON, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' second stipulated motion for an extension of time for Defendant Alonzo Cahoon to file an answer to Plaintiff's Complaint (Dkt. No. 16). Finding good cause, the Court GRANTS the motion. Defendant Cahoon's answer is now due March 12, 2018.

DATED this 2nd day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk