THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>RONALD A. FOSSUM, JR. and ALONZO R. CAHOON,<br><br>Defendants. | CASE NO. C17-1894-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' third stipulated motion for an extension of time for Defendant Ronald A. Fossum, Jr. to file an answer to Plaintiff's Complaint (Dkt. No. 26). Finding good cause, the Court GRANTS the motion. Defendant Ronald A. Fossum, Jr.'s answer is now due May 18, 2018.

DATED this 16th day of March 2018.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk