THE HONORABLE JOHN C. COUGHENOUR

TERRY R. MILLER (CO Bar No. 39007)
Email: MillerTe@sec.gov
LESLIE J. HUGHES (CO Bar No. 15043)
Email: HughesLj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Denver Regional Office
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Telephone: (303) 844-1000

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RONALD A. FOSSUM, JR. and ALONZO R. CAHOON,<br><br>　　　　　　　　　　　Defendants. | Case No.: 2:17-cv-01894-JCC<br><br>**AGREED MOTION FOR FINAL JUDGMENT AS TO DEFENDANT RONALD A. FOSSUM**<br><br>**Note for Consideration:<br>June 1, 2018** |

Plaintiff the United States Securities and Exchange Commission ("SEC") submits this agreed motion requesting that the Court enter judgment of permanent injunction against Defendant Ronald A. Fossum, Jr. ("Fossum"), pursuant to Fed. R. Civ. P. 65(d), and order him to pay disgorgement, prejudgment and post judgment interest, and a civil penalty. This agreed motion is submitted based upon

1

Mr. Fossum's Consent, which is filed with this motion.  Mr. Fossum agreed in paragraph 14 of his Consent that the SEC may present this motion, his Consent, and the proposed final judgment to the Court without further notice.   Undersigned counsel conferred with Mr. Fossum's attorney by telephone on May 31, 2018, and he has no objection to the SEC submitting the motion for entry of final judgment against Mr. Fossum.

The SEC filed its Complaint in this matter on December 19, 2017 [ECF No. 1].  The SEC alleged that in connection with his sale of securities to investors, Mr. Fossum engaged in various violations of the federal securities laws, including the securities registration, anti-fraud, broker-dealer registration and the prohibited transactions by an investment adviser contained in Sections 5(a), 5(c) and 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77e(a), 77e(c) and 77q(a)]; Sections 10(b) and 15(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 thereunder [15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5]; and Sections 206(1) and (2) of the Investment Advisers Act of 1940 ("Advisers Act") [15 U.S.C. § 80b-6(1) and (2)].

Mr. Fossum was served with the summons and Complaint on January 18, 2018 [ECF No. 7].

On April 16, 2018, Mr. Fossum signed the attached Consent in which he admits to the Court's jurisdiction over him and the subject matter of this action and

2

agrees to entry of the proposed Final Judgment that is submitted with this motion. Without admitting or denying the allegations of the Complaint, Mr. Fossum consented to entry of a permanent injunction that prohibits him from violating Sections 5(a), 5(c) and 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77e(a), 77e(c) and 77q(a)]; Sections 10(b) and 15(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 thereunder [15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5]; and Sections 206(1) and (2) of the Investment Advisers Act of 1940 ("Advisers Act") [15 U.S.C. § 80b-6(1) and (2)], and permanently restrains and enjoins him from, directly or indirectly, including, but not limited to, through any entity owned or controlled by the Defendant, participating in the issuance, purchase, offer, or sale of any security; provided, however, that such injunction shall not prevent the Defendant from purchasing or selling securities for his own personal account.

In addition, Mr. Fossum consented to entry of an order requiring him to pay disgorgement in the amount of $840,729.42, plus prejudgment interest thereon in the amount of $110,823.04; and a civil penalty in the amount of $320,000 under Section 20(d)(l) of the Securities Act, Section 21(d)(3)(A) of the Exchange Act, and Section 209(e) of the Advisers Act [15 U.S.C. §§ 77t(d)(1), 78u(d)(3)(A), and 80b-9(e)].

Mr. Fossum waived findings of fact and conclusions of law pursuant to Fed. R. Civ. P. 52. He also waived the right to a jury trial, and to appeal from the entry of the Final Judgment. The proposed Final Judgment resolves all issues related to Mr. Fossum. Although the SEC continues to pursue its claims against the second defendant, Alonzo Cahoon, the SEC requests that the Court enter Final Judgment against Mr. Fossum under Fed. R. Civ. P. 54(b) as there is no just reason to delay.

The SEC respectfully requests that the Court enter the proposed Final Judgment As To Defendant Ronald A. Fossum, Jr.

Dated: June 1, 2018

By: /s/ Leslie J. Hughes
Leslie J. Hughes (Co. Bar No. 15043)
Terry R. Miller (Co. Bar No. 39007)
Attorneys for Plaintiff
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Telephone: (303) 844-1000
Email:   millerte@sec.gov
             hugheslj@sec.gov

4

**Motion for Judgment**
**And Other Relief Against Fossum**

U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294   Phone: 303-844-1000

# CERTIFICATE OF SERVICE

     I hereby certify that on June 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I have sent the foregoing by the following means to the defendants, as follows:

Laurence J. Pino, Esq.
Pino Nicholson, PLLC
 P.O. Box 1511,
Orlando, FL  32802-1511
ljp@PinoNicholsonLaw.com
*Attorney for Defendant Ronald A. Fossum, Jr.*
By U.S. Mail and Email


James E. Magleby, Esq.
Magleby Cataxinos Greenwood
170 South Main Street, Suite 1100
Salt Lake City, UT 84101
magleby@mcgiplaw.com
*Attorney for Defendant Alonzo R. Cahoon*
By U.S. Mail and Email

                                By: *s/ Elinor E. Blomgren*
                                   Elinor E. Blomgren