# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br>  v.<br><br>RONALD A. FOSSUM, JR. and ALONZO R. CAHOON,<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C17-1894-JCC |

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiff's motion for early entry of judgment pursuant to Federal Rule of Civil Procedure 54(b) as to Defendant Ronald A. Fossum, Jr. is GRANTED. Accordingly, the Court ENTERS final judgment on all claims and awards the relief sought against Ronald A. Fossum, Jr., as provided in Plaintiff's complaint. This includes a money judgment in the amount of $1,271,552.46 and injunctive relief, as indicated in the Court's related order.

  DATED this 7th day of June 2018.

                     WILLIAM M. MCCOOL
                     Clerk of Court

                     /s/ *Tomas Hernandez*
                     Deputy Clerk