THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>RONALD A. FOSSUM, JR. and ALONZO R. CAHOON,<br><br>Defendants. | CASE NO. C17-1894-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court has received notice that the parties have reached a tentative settlement. (Dkt. No. 34.) The parties request a 60-day stay of all deadlines in this action. (*Id.*) The matter is hereby STAYED until December 26, 2018. The parties shall submit a stipulated dismissal or joint status report outlining the status of their negotiations by December 26, 2018.

DATED this 24th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk