THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>  v.<br><br>RONALD A. FOSSUM, JR. and ALONZO R. CAHOON,<br><br>        Defendants. | CASE NO. C17-1894-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint request to continue the stay of deadlines in the scheduling order (Dkt. No. 36). The stay is CONTINUED until March 4, 2019. The parties shall submit a stipulated dismissal or a joint status report outlining the status of their negotiations by March 4, 2019.

DATED this 2nd day of January 2019.

                William M. McCool
                Clerk of Court

                s/Tomas Hernandez
                Deputy Clerk