THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RONALD A. FOSSUM, JR., *et al.*,<br><br>Defendants. | CASE NO. C17-1894-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 38). The stay is CONTINUED until April 3, 2019. The parties shall submit a stipulated dismissal or a joint status report outlining the status of their negotiations by April 3, 2019. The trial date, currently set for March 11, 2019, is VACATED. The Clerk is DIRECTED to statistically close this case.

DATED this 5th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1894-JCC
PAGE - 1